**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KAREN HUGHES,**

           **Plaintiff,**

-vs-                                                   **Case No. 6:08-cv-76-Orl-31KRS**

**AETNA LIFE INSURANCE COMPANY,**

           **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Strike and/or Clarify Rule 68 Offer of Judgment to Plaintiff (Doc. 31) filed by the Plaintiff, Karen Hughes ("Hughes"). However, no such offer has been filed in this case, except as an attachment to the motion. Therefore, there is nothing for the Court to strike. What Hughes seeks is an advisory opinion regarding something that purports to be a Rule 68 Offer of Judgment but requires her to accept dismissal with prejudice rather than obtain a judgment. As a court of limited jurisdiction, the Court is unable to offer advisory opinions. Accordingly, the Motion to Strike and/or Clarify Rule 68 Offer of Judgment to Plaintiff (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 7, 2008.

                                                                      GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party